IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIKYAMICHA HAMPTON and MARQUINE S. WILLIAMS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 16 CV 4693 |
| v. | ) ) | |
| | ) | Hon. John Robert Blakey |
| CENTENE MANAGEMENT COMPANY, LLC, | ) ) ) | Magistrate Judge Shelia Finnegan |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs, Nikyamicha Hampton and Marquine S. Williams, individually and on behalf of all others similarly situated, by their attorneys, move for the entry of an Order: (1) granting preliminary approval of the Parties' proposed Class Action Settlement Agreement; (2) approving as to form and content the Parties' proposed Notices of Class Action Settlement, and approving the mailing of the Notices to the Class Members; (3) approving Dahl Administration LLC as the Claims Administrator and preliminarily approving the costs of claims administration; (4) granting class action certification of the proposed Class for settlement purposes only; (5) approving the Named Plaintiffs as the Class Representatives of the Settlement Class; (6) approving Plaintiff's Counsel as Class Counsel for the Settlement Class; and (7) setting a date for the Final Approval Hearing relating to the Settlement. In support of this motion, Plaintiffs submit their Memorandum in support of the motion, and ask that the Court enter the Preliminary Approval Order attached thereto as Exhibit 2.

Respectfully submitted,

NIKYAMICHA HAMPTON and MARQUINE S. WILLIAMS, individually and on behalf of all others similarly situated,

/s/ James X. Bormes
One of Plaintiff's Attorneys

| | |
|---|---|
| James X. Bormes | Thomas M. Ryan |
| Catherine P. Sons | Law Office of Thomas M. Ryan, P.C. |
| Law Office of James X. Bormes, P.C. | 35 East Wacker Drive |
| 8 South Michigan Avenue | Suite 650 |
| Suite 2600 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 726-3400 |
| (312) 201-0575 | tom@tomryanlaw.com |
| jxbormes@bormeslaw.com | |
| cpsons@bormeslaw.com | |