IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIKYAMICHA HAMPTON and MARQUINE S. WILLIAMS, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 16 CV 4693 |
| v. | ) ) | Judge John Robert Blakey |
| CENTENE MANAGEMENT COMPANY, LLC, | ) ) ) | |
| Defendant. | ) | |

**FINAL APPROVAL AND DISMISSAL ORDER**

This matter coming before the Court on Plaintiffs' unopposed request for final approval of the Parties' Class Action Settlement Agreement ("Agreement"), and for dismissal, the Court having considered the parties' submissions and proceedings to date,

**THE COURT FINDS AS FOLLOWS:**

1. This Court has jurisdiction over the subject matter of the Action, the Plaintiffs, the Class Members, and Defendant;

2. The dissemination of the Notices Packets, as provided for in the Preliminary Approval Order, constituted the best practicable notice under the circumstances to all members of the Settlement Class and fully met the requirements of Fed. R. Civ. P. 23, any and all substantive and procedural due process rights guaranteed by the United States Constitution and any other

applicable law;

    3.      One Class Member excluded himself from the Settlement;

    4.      No Class Member objected to the Settlement;

    5.      The Court finds the Settlement is fair, reasonable and adequate.

**THEREFORE, IT IS HEREBY ORDERED:**

    A.      Based on the Court's review of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement [59], the Court grants final approval of the settlement memorialized in the Agreement [56-1].

    B.      The Agreement is fair, reasonable, and adequate to the Plaintiffs and to each Class Member, and in their best interests, and in full compliance with all requirements of due process and federal law. The Agreement is finally approved in all respects and its terms and provisions shall be consummated.

    C.      The Court hereby dismisses with prejudice the Action, and all claims contained therein.

    D.      The Court finds that the Plaintiffs and Class Counsel adequately represented the members of the Settlement Class for the purposes of entering into and implementing the Agreement

    E.      The Court approves the Settlement Payments to be made to each participating Class Member who submitted a timely valid and proper claim form.

    F.      The Court approves the payment of attorneys' fees, costs, and expenses to Class Counsel (the "Attorneys' Fees and Costs Award") in the amount of $98,094.39. The Attorneys' Fees and Costs Award shall be distributed to Class

Counsel in accordance with the terms of the Agreement.

G.  The Court approves the Incentive Awards to each Named Plaintiff as compensation for their time in the amount of $7,500.00, and to each Opt-In Plaintiff in the amount of $1,500.00, distributed in accordance with Agreement.

H.  Finally, except as otherwise provided in the Agreement or herein, the settling Parties are to bear their own attorneys' fees and costs.

Dated:  June 14, 2018

Entered:

_____
John Robert Blakey
United States District Judge